IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01965-CBS

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$18,620.00 IN UNITED STATES CURRENCY,

     Defendant.

_____

## FINAL ORDER OF FORFEITURE
_____

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture, the Court having reviewed said Motion FINDS:

THAT the United States commenced this action in rem pursuant to 21 U.S.C. § 881;

THAT all known parties have been provided with an opportunity to respond and that publication has been effected as required by Supplemental Rule G(4);

THAT sole claimant Tiffany Huggett, through counsel, Scott Robinson, has withdrawn her claim regarding defendant $18,620.00 in United States currency, resolving all issues in dispute as to defendant property;

THAT no other claims as to defendant $18,620.00 in United States currency have been filed;

THAT forfeiture of defendant $18,620.00 in United States currency shall enter in favor of the United States;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 881.

NOW, THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:

THAT forfeiture of defendant $18,620.00 in United States currency shall enter in favor of the United States; the United States shall have full and legal title to the defendant property, and may dispose of it in accordance with law;

THAT the Clerk of Court is directed to enter Judgment; and

THAT a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant property pursuant to 28 U.S.C. § 2465.

SO ORDERED this 23rd day of February, 2015.

BY THE COURT:

_____
CRAIG B. SHAFFER
United States Magistrate Judge

2